UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-cv-21530-GAYLES/OTAZO-REYES

MSP RECOVERY CLAIMS, SERIES LLC, et al.,

    Plaintiffs,

v.

UNITED SERVICES AUTOMOBILE
ASSOCIATION, et al.,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** comes before the Court upon the Order of September 29, 2023 [ECF No. 226], in which the Court granted Defendants' Motion for Summary Judgment. Pursuant to Federal Rule of Civil 58, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants United Services Automobile Association, USAA Casualty Insurance Company, and USAA General Indemnity Company and against Plaintiffs MSP Recovery Claims, Series LLC, MSP Recovery Claims Series 44, LLC, MSPA Claims 1, LLC, and Series PMPI, a designated series of MAO-MSO Recovery II, LLC. Plaintiffs shall take nothing from this action.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of October, 2023.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE